IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CR 108-061 |
| | * | |
| CALVIN STEVENSON, JR. | * | |

ORDER

Before the court, pursuant to 18 U.S.C.§3145(b), is Defendant's Motion for Reconsideration of Bond which the Court is treating as a Motion for Revocation and Amendment of the United States Magistrate Judge's ruling which ordered Defendant's pre-trial detention following his arrest on charges of conspiracy to commit armed robbery, armed robbery, carrying and using firearms in the commission of a violent offense and aiding and abetting the same, in violation of 18 U.S.C. §§ 371, 2113(a) and (d), 924(c). (See Order of April 2, 2008.) As noted by Magistrate Judge Barfield, a rebuttable presumption exists that Defendant is a flight risk and is a danger to the community. See 18 U.S.C.§3142(e). Magistrate Judge Barfield found that Defendant failed to rebut this presumption. Defendant does not present any new arguments or evidence; thus, I find no reason to disturb the Magistrate Judge's ruling. Accordingly, Defendant's Motion for Revocation and Amendment of the Detention Order (doc. #90) is hereby **DENIED**, and the April 2, 2008 Order of the Honorable W. Leon Barfield, United States Magistrate Judge, is hereby **ADOPTED**.

**SO ORDERED** at Augusta, Georgia, this 27th day of August, 2008.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA